IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.                                 CIVIL NO.

STATE OF NEW MEXICO Property Tax Division,
Taxation and Revenue Department,

      Defendants.

## C O M P L A I N T

The United States of America, for its complaint against the defendants, states the following:

1.   This action is brought under 28 U.S.C. § 1345 at the request of the Internal Revenue Service, ("IRS") by the United States Attorney, District of New Mexico, as authorized by the Attorney General.

2.   Venue properly lies within this Court's jurisdiction.

3.   Defendant(s) are the State of New Mexico, Property Tax Division, Taxation and Revenue Department as the holder of proceeds from a tax sale, the non-judicial tax sale was for failure by the property owners to pay property taxes.

4.   State of New Mexico, Property Tax Division, Taxation and Revenue Department executed a non-judicial foreclosure on the property of Linda Jo Allen for past due property taxes and sold the property, commonly known as 8205 Calle Avion

NE, Albuquerque, NM, 87113, pursuant to N.M. Stat. §7-38-66. The non-judicial sale was conducted on or about November 7th, 2019.   Exhibit 1.

5.   The property was sold for $135,000 from which the property tax division was paid in full, including reasonable fees and costs for conducting the sale. The estimated amount applied to past due property taxes and related costs is $26,000. There is now a surplus of funds in the approximate amount of $109,000 being held by the State of New Mexico, Property Tax Division.

6.   Notices of Federal Tax Liens, ("NFTL") were appropriately filed in Bernalillo County, Albuquerque, New Mexico, by the IRS to protect the government's interest in the real property owned by taxpayer Linda Jo Allen. Liens were filed on 11/15/2010, 03/07/2012, and 11/04/2015. The Lien Serial Numbers are 717130510 in the amount of $83,153.38; 850946112 in the amount of $8,347.35; 183351315 in the amount of $7,410.55, and 183437915 in the amount of $12,031.83. The amount due on these liens remains unpaid with a current balance of $186,866.47 accrued through April 1, 2020. Copies of the liens are attached as Exhibits 3 – 6.   A partial revocation has been requested for lien serial number 717130510 for tax period 30-200812 and a refile of this same lien has been requested for tax period 30-200912.

7.   The liens were filed for forms 1040 for personal income taxes owed by Linda Allen for tax years 2008, 2009, 2010, 2011, 2012 & 2013.

8.   There appears to be one other creditor ahead of the Internal Revenue Service who may claim an interest in the excess proceeds. A transcript of Judgment was filed on January 25, 2007 in the amount of $2,925.23 with document number

2

2007013232 in favor of Cosmos Financial, LLC, with reference to New Mexico Court Case No. D-202-CV-200509435. Court records show that the judgment was satisfied on May 8, 2008. However, there is no release of the lien filed with Bernalillo County. See Exhibits 7 and 8, attached.

9. The State of New Mexico Taxation and Revenue may also claim an interest in the excess proceeds by way of a state tax lien recorded on February 08, 2017, document number 2017011689. The lien is junior and inferior to the NFTLs, which were filed prior to the state tax lien.

10. State of New Mexico, Property Tax Division, Taxation and Revenue Department, executed a non-judicial foreclosure on the property of Mary Murphey for past due property taxes and sold the property in order to collect unpaid property taxes. The State of New Mexico, Property Tax Division, sold the Murphy property commonly known as 51 Las Tusas Road, Ranchos de Taos, NM, 87557, on or about September 13, 2019. Exhibit 2.

11. Based on information provided by IRS Collection, the Mary Murphey Real Property was sold to a third-party for $125,000 to satisfy delinquent property taxes of $10,489.98 pursuant to N.M. Stat. §7-38-66. 11. The IRS filed NFTL's in Taos County, New Mexico, on August 7, 2013, and September 28, 2015, in the amounts of $735,965.81 and $59,941.35, respectively. The outstanding balance through April 30, 2020, is $1,054,610.30. The NFTL's are attached hereto as exhibits 9 and 10.

12. Murphey has outstanding tax liabilities for the years 2007, 2008, 2011, and 2012, for which the NFTL's show the balance due and owing.

3

13.   Pursuant to N.M. Stat. §7-38-71.A(4), the surplus funds being held by the State shall be paid to the former owner of the property after payment of certain costs, the delinquent taxes, and penalties and interest owed to the State. The IRS has outstanding liens against the Taxpayer pursuant to I.R.C. §6321 which attach to all of the Taxpayer's property including her right to the surplus funds.

14.   In order for the State to pay the excess proceeds to the IRS, the IRS must obtain an order from the appropriate court directing the State to pay the IRS from the surplus proceeds the amount owed by the former property owners for their delinquent federal taxes.

WHEREFORE, the United States requests the following:

A.   The United States' liens on the real property and the excess proceeds be declared first and prior liens.

B.   The Court direct and issue an order to the State of New Mexico, Property Tax Division, Taxation and Revenue Department, to pay to the IRS the remaining excess proceeds from the sale of the Allen and Murphey property tax sales, for payment of their delinquent federal taxes.

4

C.   And for such other and further relief as the Court deems appropriate.

Respectfully Submitted:

JOHN C. ANDERSON
United States Attorney

*/s/ Electronically filed 7/2/20*
MANUEL LUCERO
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM   87103
(505) 346-7274
manny.lucero@usdoj.gov

5

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

## DEFENDANTS

**(b)**  County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1   U.S. Government
  Plaintiff
- ❏ 2   U.S. Government
  Defendant
- ❏ 3   Federal Question
  *(U.S. Government Not a Party)*
- ❏ 4   Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                                   *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance<br>❏ 120 Marine<br>❏ 130 Miller Act<br>❏ 140 Negotiable Instrument<br>❏ 150 Recovery of Overpayment<br>   & Enforcement of Judgment<br>❏ 151 Medicare Act<br>❏ 152 Recovery of Defaulted<br>   Student Loans<br>   (Excludes Veterans)<br>❏ 153 Recovery of Overpayment<br>   of Veteran's Benefits<br>❏ 160 Stockholders' Suits<br>❏ 190 Other Contract<br>❏ 195 Contract Product Liability<br>❏ 196 Franchise | **PERSONAL INJURY**<br>❏ 310 Airplane<br>❏ 315 Airplane Product<br>   Liability<br>❏ 320 Assault, Libel &<br>   Slander<br>❏ 330 Federal Employers'<br>   Liability<br>❏ 340 Marine<br>❏ 345 Marine Product<br>   Liability<br>❏ 350 Motor Vehicle<br>❏ 355 Motor Vehicle<br>   Product Liability<br>❏ 360 Other Personal<br>   Injury<br>❏ 362 Personal Injury -<br>   Medical Malpractice | **PERSONAL INJURY**<br>❏ 365 Personal Injury  -<br>   Product Liability<br>❏ 367 Health Care/<br>   Pharmaceutical<br>   Personal Injury<br>   Product Liability<br>❏ 368 Asbestos Personal<br>   Injury Product<br>   Liability<br>**PERSONAL PROPERTY**<br>❏ 370 Other Fraud<br>❏ 371 Truth in Lending<br>❏ 380 Other Personal<br>   Property Damage<br>❏ 385 Property Damage<br>   Product Liability | ❏ 625 Drug Related Seizure<br>   of Property 21 USC 881<br>❏ 690 Other | ❏ 422 Appeal 28 USC 158<br>❏ 423 Withdrawal<br>   28 USC 157<br>**PROPERTY RIGHTS**<br>❏ 820 Copyrights<br>❏ 830 Patent<br>❏ 835 Patent - Abbreviated<br>   New Drug Application<br>❏ 840 Trademark | ❏ 375 False Claims Act<br>❏ 376 Qui Tam (31 USC<br>   3729(a))<br>❏ 400 State Reapportionment<br>❏ 410 Antitrust<br>❏ 430 Banks and Banking<br>❏ 450 Commerce<br>❏ 460 Deportation<br>❏ 470 Racketeer Influenced and<br>   Corrupt Organizations<br>❏ 480 Consumer Credit<br>   (15 USC 1681 or 1692)<br>❏ 485 Telephone Consumer<br>   Protection Act<br>❏ 490 Cable/Sat TV<br>❏ 850 Securities/Commodities/<br>   Exchange |
| | | | **LABOR** | **SOCIAL SECURITY** | ❏ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 710 Fair Labor Standards<br>   Act<br>❏ 720 Labor/Management<br>   Relations<br>❏ 740 Railway Labor Act<br>❏ 751 Family and Medical<br>   Leave Act<br>❏ 790 Other Labor Litigation<br>❏ 791 Employee Retirement<br>   Income Security Act | ❏ 861 HIA (1395ff)<br>❏ 862 Black Lung (923)<br>❏ 863 DIWC/DIWW (405(g))<br>❏ 864 SSID Title XVI<br>❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts<br>❏ 893 Environmental Matters<br>❏ 895 Freedom of Information<br>   Act<br>❏ 896 Arbitration<br>❏ 899 Administrative Procedure<br>   Act/Review or Appeal of<br>   Agency Decision<br>❏ 950 Constitutionality of<br>   State Statutes |
| ❏ 210 Land Condemnation<br>❏ 220 Foreclosure<br>❏ 230 Rent Lease & Ejectment<br>❏ 240 Torts to Land<br>❏ 245 Tort Product Liability<br>❏ 290 All Other Real Property | ❏ 440 Other Civil Rights<br>❏ 441 Voting<br>❏ 442 Employment<br>❏ 443 Housing/<br>   Accommodations<br>❏ 445 Amer. w/Disabilities -<br>   Employment<br>❏ 446 Amer. w/Disabilities -<br>   Other<br>❏ 448 Education | **Habeas Corpus:**<br>❏ 463 Alien Detainee<br>❏ 510 Motions to Vacate<br>   Sentence<br>❏ 530 General<br>❏ 535 Death Penalty<br>**Other:**<br>❏ 540 Mandamus & Other<br>❏ 550 Civil Rights<br>❏ 555 Prison Condition<br>❏ 560 Civil Detainee -<br>   Conditions of<br>   Confinement | **FEDERAL TAX SUITS**<br>❏ 870 Taxes (U.S. Plaintiff<br>   or Defendant)<br>❏ 871 IRS—Third Party<br>   26 USC 7609<br><br>**IMMIGRATION**<br>❏ 462 Naturalization Application<br>❏ 465 Other Immigration<br>   Actions | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1   Original
  Proceeding
- ❏ 2   Removed from
  State Court
- ❏ 3   Remanded from
  Appellate Court
- ❏ 4   Reinstated or
  Reopened
- ❏ 5   Transferred from
  Another District
  *(specify)*
- ❏ 6   Multidistrict
  Litigation -
  Transfer
- ❏ 8   Multidistrict
  Litigation -
  Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII.  REQUESTED IN    COMPLAINT:

❏  CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:     ❏ Yes    ❏No

## VIII.  RELATED CASE(S)     IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

---

**FOR OFFICE USE ONLY**

RECEIPT #                      AMOUNT                         APPLYING IFP                      JUDGE                           MAG. JUDGE

Case 1:20-cv-00649   Document 1-1   Filed 07/02/20   Page 2 of 2

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**   **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**   **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.**  (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**   **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

# DEED

The Property Tax Division of the Taxation and Revenue Department of the State of New Mexico, pursuant to # 7-38-70, NMSA 1978, hereby grants and conveys to :

ROMERO, DENNIS M.

3500 VISTA GRANDE DR NW

ALBUQUERQUE          NM   87120-0

all of the former owner's interest in the following described real property, in          BERNALILLO

COUNTY, that interest being as of the date the state's lien for property taxes arose, pursuant to the

Property Tax Code, that date being     January 1,  2015     and that interest being subject only to perfected

interests in the real property existing before the date the property tax lien arose.  The following described

real property was sold on     11/7/2019     and identified by Tax Delinquent Account          2-184282-2015        :

101806431810540214

CUEVA OESTE UNIT 3ACONT .102 AC

LT 5 BLK 8 SUBDIVISION PLAT OF LA

OFFICIAL  SEAL
Juanita R. Martinez
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires:  9-13-2023

IN WITNESS WHEREOF, the undersigned has executed this document on the date set forth:

Date:  12/17/19

State of New Mexico
County of Santa Fe

This instrument was acknowledged before me on this  17th  day of  December, 20 19 , by

Darrell Lujan, Delinquent

My Commission Expires:  9-13-2023        NOTARY PUBLIC

ORIGINAL

STATE OF NEW MEXICO
PROPERTY TAX DIVISION
TAXATION AND REVENUE DEPARTMENT
P.O. BOX 25126
SANTA FE, NM 87504-5126
Telephone # (505) 827-0883

# NOTICE

The attached deed from the Property Tax Division of this Department for the property you have purchased, should be recorded with the county clerks's office of the county in which the property is located and the purchase reported immediately to the county assessor. To record the deed, mail and deliver it to :

BERNALILLO        COUNTY CLERK
BERNALILLO        COUNTY COURTHOUSE
ONE CIVIC PLAZA 6TH FL
ALBUQUERQUE        NM  87102-0000
Telephone # :     505-768-4090

There is a fee for this service. Please contact the County Clerk for the recording fees. Please make your remittance payable to the county clerk of said county. The property was sold by the State subject to non-delinquent taxes for the current year, thus, taxes will be due and payable on November 10 th against the property under the name of the previous owner. For the following year, the property should be placed on the tax schedule under your name. If you have any questions about this matter, please contact this office.

# STATE OF NEW MEXICO -- PROPERTY TAX DIVISION

| BUYER RECEIPT FOR SALE OF -- | 11 | 7 | 2019 | at | 11 | AM/PM |
|---|---|---|---|---|---|---|

| Bidder # | 82 | DFA Account # | 573330809220 | Payment Type |
|---|---|---|---|---|
| Receipt # | 82 | County | BERNALILLO | Cash + Check |
| Social Security # | 585312372 | | | |

**Name as it will appear on the deed :**

ROMERO, DENNIS M.

**Address as it will appear on deed :**

3500 VISTA GRANDE DR NW

ALBUQUERQUE

NM    87120    0000

| | ITEM # | | ACCOUNT NUMBER | | SALE PRICE |
|---|---|---|---|---|---|
| | 28 | 2 | 184282 | 2015 | $135,000.00 |

| Total Items Purchased | 1 | Total Sales Amount | $135,000.00 |
|---|---|---|---|

By :  _____    Date :  **11/7/2019**    Time :   **##########**

PROPERTY TAX AGENT

Page 1 of 1



**BANK** OF THE **WEST**
BNP PARIBAS GROUP
1-800-488-2265

# We appreciate your business!

**BANK** OF THE **WEST**   **PURCHASER'S RECORD - CASHIER'S CHECK**          1003189204
BNP PARIBAS GROUP
1-800-488-2265                                                            90-78/1211
                                                                          00295

PURCHASER   DENNIS M ROMERO                           DATE   11/07/2019

PAY TO THE
ORDER OF     STATE OF NEW MEXICO                              $135,000.00

One Hundred  Thirty-Five Thousand  and 00/100ths Dollars
                                                      Fee -  $0.00
Memo  8205 CALLE AVION NE 87113

**CASHIER'S CHECK**                              **NON - NEGOTIABLE**



**STATE OF NEW MEXICO**
**TAXATION AND REVENUE DEPARTMENT**
**PROPERTY TAX DIVISION**
**P.O. BOX 25126**
**SANTA FE, NM 87504-5126**

INRERNAL REVENUE SERVICE

Ref #: 174 / 20-45535-2015   DOS: 9/13/2019

4041NCENTRALAVESTE112MS5021PHX

PHOENIX             AZ   85012

**CERTIFIED MAIL**

8/15/2019

### NOTICE OF SALE OF REAL PROPERTY / DELINQUENT PROPERTY TAXES

Our records show  that property taxes have not been paid on the property described below for the year        2015  and other years. Pursuant to Section 7-38-66 NMSA 1978, you are hereby notified that the following described real property, which the records of the county clerk indicate you own, or have an interest in, will be sold at public auction sale on the date shown below, to satisfy delinquent property taxes unless all delinquent taxes for all years, plus applicable penalties, interest and cost are paid by cashiers check, money order or cash to the County Treasurer of the county of which the property is located no later than 5:00 pm the day prior to the date of the sale, or an installment agreement for payment of all taxes, penalties and interest  is approved by the Property Tax Division, Taxation and Revenue Department, 10 working days prior to the sale. Contact this division for the requirements of the agreement at (505) 827-0883.

| Identification # :   20-45535-2015 | The total due is :        $10,489.98 |
|---|---|

**Property Description :**

RANCHOS ORCHARD & LAND CO SUBD BLOCK 7 LOT 4 1.00 ACRE TWP 25N RGE 12E SEC 26 LOT 4 QUAD 2 51 LAS TUSAS RD

The property described above will be sold at the    **TAOS**      County Court House at   **11  AM on**      **9/13/2019**
*PLEASE MAKE REMITTANCES PAYABLE TO THE*      *TAOS*       *COUNTY TREASURER .  PAYMENTS SHOULD BE BE SUBMITTED TO THE COUNTY TREASURER BY CASHIER'S CHECK, MONEY ORDER OR CASH AT THE FOLLOWING ADDRESS:*

**TAOS      County Treasurer**
**105 ALBRIGHT ST. STE G**
**TAOS               NM       87571-6170**
**Telephone #   575-737-6340**

TRD IPRA 20-0274 - 33

| Form 668 (Y)(c) (Rev. February 2004) | 6788 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| | | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #6 Lien Unit Phone: (800) 829-3903 | Serial Number 717130510 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer LINDA J ALLEN

Residence    8205 CALLE AVION NE
ALBUQUERQUE, NM 87113-2812

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2008 | XXX-XX-5602 | 08/10/2009 | 09/09/2019 | 63842.72 |
| 1040 | 12/31/2009 | XXX-XX-5602 | 05/24/2010 | 06/23/2020 | 19310.66 |

Doc# 2010115920
11/15/2010 03:57 PM Page: 1 of 1
LIENNOTICE R:$9.00 M. Toulouse Oliver, Bernalillo County

| Place of Filing | COUNTY CLERK BERNALILLO COUNTY ALBUQUERQUE, NM 87102 | Total $ 83153.38 |
|---|---|---|

This notice was prepared and signed at _____ SEATTLE, WA _____ , on this,

the ___02nd___ day of ___November___ ___2010___.

| Signature for MICHAEL W. COX | Title ACS (800) 829-3903 | 26-00-0008 |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409).

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60026X

| Form 668 (Y)(c) | 3592 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** |

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #6<br>Lien Unit Phone: (800) 829-3903 | Serial Number<br><br>850946112 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  LINDA J ALLEN

Residence        8205 CALLE AVION NE
                 ALBUQUERQUE, NM 87113-2812

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2010 | | 05/30/2011 | 06/29/2021 | 8347.35 |

Doc# 2012023106
03/07/2012 08:26 AM Page: 1 of 1
LIENNOTICE R:$25.00 M. Toulouse Oliver, Bernalillo County

| Place of Filing | COUNTY CLERK<br>BERNALILLO COUNTY<br>ALBUQUERQUE, NM 87102 | Total | $   8347.35 |
|---|---|---|---|

This notice was prepared and signed at _____ SEATTLE, WA _____, on this,

the ___22nd___ day of ___February___  ___2012___

| Signature<br><br>for MICHAEL W. COX | Title<br>ACS SBSE<br>(800) 829-3903 | 26-00-0008 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien<br>Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Land Records Corp. FT ALB11517 BE 2012023106.001

3592

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #6<br>Lien Unit Phone: (800) 829-3903 | Serial Number<br><br>183351315 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer LINDA JO DELAMBRE ALLEN

Residence    8205 CALLE AVION NE
ALBUQUERQUE, NM 87113-2812

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2012 | XXX-XX-5602 | 07/27/2015 | 08/26/2025 | 4100.49 |
| 1040 | 12/31/2013 | XXX-XX-5602 | 07/27/2015 | 08/26/2025 | 3310.06 |

| Place of Filing | COUNTY CLERK<br>BERNALILLO COUNTY<br>ALBUQUERQUE, NM 87102 | Total | $ | 7410.55 |
|---|---|---|---|---|

This notice was prepared and signed at _____ SEATTLE, WA _____ , on this,

the ____27th____ day of ____October____ , ____2015____ .

DocN 2015096678
11/04/2015 02:28 PM Page 1 of 1
LIENNOTICE R $25.00 M Toulouse Oliver, Bernalillo County

| Signature    *Cheryl Cordova*<br>for G.J. CARTER-LOUIS | Title<br>ACS SBSE<br>(800) 829-3903 | 26-00-0008 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

Land Records Corp. FT ALB11517 BE 2015096678.001

| Form 668 (Y)(c)<br>(Rev. February 2004) | 3592 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** |
|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #6<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>183437915 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  LINDA JO DELAMBRE ALLEN

Residence  8205 CALLE AVION NE
ALBUQUERQUE, NM 87113-2812

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2011 | XXX-XX-5602 | 08/31/2015 | 09/30/2025 | 12031.83 |

| Place of Filing | COUNTY CLERK<br>BERNALILLO COUNTY<br>ALBUQUERQUE, NM 87102 | Total | $ | 12031.83 |
|---|---|---|---|---|

This notice was prepared and signed at _____ SEATTLE, WA _____ , on this,

the ____27th____ day of ___October___, 2015.

DocH 2015096681
11/04/2015 02:28 PM  Page 1 of 1
LIENNOTICE R $25.00 M Touilouse Oliver, Bernalillo County

| Signature  _Cheryl Condew_<br>for G.J. CARTER-LOUIS | Title<br>ACS SBSE<br>(800) 829-3903 | 26-00-0008 |
|---|---|---|

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul 71-466, 1971 - 2 C B 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

Land Records Corp. FT ALB11517 BE 2015096681.001

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

No. CV-2005-9435

## TRANSCRIPT OF JUDGMENT

NATURE OF ACTION: COMPLAINT ON A CONTRACT and FOR DEBT AND MONEY DUE

| JUDGMENT CREDITOR | JUDGMENT DEBTORS |
|---|---|
| COSMOS FINANCIAL, LLC | LINDA ALLEN |

### AMOUNT OF JUDGMENT

| Damages | Costs | Total | Interest Rate |
|---|---|---|---|
| $2,425.23   Principal | $500.00     Counsel Fees | $2,925.23 | 5% per annum |

DATE OF JUDGMENT: 2/10/2006

ATTORNEY FOR JUDGMENT CREDITOR

Lawrence P. Zamzok
6001 Whiteman Drive NW
Albuquerque, NM  87120
(505) 898-6311

HOW SATISFIED AND REMARKS

Partial Satisfaction of Judgment in the amount of $500 filed on 7/5/06.

Partial Satisfaction of Judgment in the amount of $950 filed on 12/15/2006

I, Juanita M. Duran, Clerk of the District Court of the Second Judicial District Court of the State of New Mexico, within and for the County of Bernalillo, do hereby certify the foregoing to be a true Transcript of the Judgment of said Court, now of record in my office.

IN WITNESS WHEREOF, I set my hand and Seal of said Court this date: 12/26/2006 .

(Seal)

Juanita M. Duran, Clerk of the District Court

By _____
Deputy

LINDA ALLEN's SOCIAL SECURITY # IS XXX-XX-3145

2007013232
6506179
Page:  1 of 1
01/25/2007 09:00A
Bk-A131 Pg-3211

Maggie Toulouse   Bern. Co.   JUDG   R 9.00

1 4 5 5 4 - K C

Land Records Corp.  FT ALB11517 BE 2007013232.001

# New Mexico Courts
## Case Lookup

| Name Search | Case Number Search | DWI Search |
|---|---|---|
| Case Detail | | |

## COSMOS FINANCIAL VS ALLEN L

| CASE DETAIL | | | |
|---|---|---|---|
| **CASE NUMBER** | **CURRENT JUDGE** | **FILING DATE** | **COURT** |
| D-202-CV-200509435 | Baca, Theodore C. | 12/12/2005 | ALBUQUERQUE DISTRICT |

| PARTIES TO THIS CASE | | | |
|---|---|---|---|
| **PARTY TYPE** | **PARTY DESCRIPTION** | **PARTY #** | **PARTY NAME** |
| D | Defendant | 1 | ALLEN LINDA |
| P | Plaintiff | 1 | COSMOS FINANCIAL LLC |
| | | ATTORNEY: ZAMZOK LAWRENCE PAUL | |

| CIVIL COMPLAINT DETAIL | | | | |
|---|---|---|---|---|
| **COMPLAINT DATE** | **COMPLAINT SEQ #** | **COMPLAINT DESCRIPTION** | **DISPOSITION** | **DISPOSITION DATE** |
| 08/14/2006 | 1 | CLS: JUDGMENT/ DISPOSITION | CVB:SETTLED/STIPULATED JUDGMNT | 08/14/2006 |
| **COA SEQUENCE #** | **COA DESCRIPTION** | | | |
| 1 | Debt and Money Due | | | |
| **PARTY NAME** | **PARTY TYPE** | | | **PARTY #** |
| ALLEN LINDA | D | | | 1 |
| COSMOS FINANCIAL LLC | P | | | 1 |

| | | | | |
|---|---|---|---|---|
| **COMPLAINT DATE** | **COMPLAINT SEQ #** | **COMPLAINT DESCRIPTION** | **DISPOSITION** | **DISPOSITION DATE** |
| 12/12/2005 | 1 | CLS: JUDGMENT/ DISPOSITION | CVB:SETTLED/STIPULATED JUDGMNT | 02/10/2006 |
| **COA SEQUENCE #** | **COA DESCRIPTION** | | | |
| 1 | Breach of Contract | | | |
| **PARTY NAME** | **PARTY TYPE** | | | **PARTY #** |
| COSMOS FINANCIAL LLC | P | | | 1 |
| ALLEN LINDA | D | | | 1 |

| | | | | |
|---|---|---|---|---|
| **COMPLAINT DATE** | **COMPLAINT SEQ #** | **COMPLAINT DESCRIPTION** | **DISPOSITION** | **DISPOSITION DATE** |
| 12/12/2005 | 2 | CLS: JUDGMENT/ DISPOSITION | CVB:SETTLED/STIPULATED JUDGMNT | 02/10/2006 |

| COA SEQUENCE # | COA DESCRIPTION | | |
|---|---|---|---|
| 1 | Debt and Money Due | | |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|
| COSMOS FINANCIAL LLC | P | 1 |
| ALLEN LINDA | D | 1 |

| REGISTER OF ACTIONS ACTIVITY | | | | | |
|---|---|---|---|---|---|
| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
| 05/08/2008 | RELEASE OF WRIT OF GARNISHMENT | | | | |
| | FILING RELEASE OF WAG ASSIGNMENT (PL) | | | | |
| 05/08/2008 | SATISFACTION OF JUDGMENT | | | | |
| | FILING SATISFACTION OF JUDGMENT (PL) | | | | |
| 12/26/2006 | TRANSCRIPT OF JUDGMENT | | | | |
| | FILING COPY OF TRANSCRIPT OF JUDGMENT AS TO DF, ORIGINAL ISSUED 12-26-06 (CLERK) | | | | |
| 12/15/2006 | PARTIAL SATISFACTION OF JUDGMENT | | | | |
| | FILING PARTIAL SATISFACTION OF JUDGMENT (PL) | | | | |
| 08/14/2006 | CLS: ORDER TO CLOSE | | | | |
| | FILING ORDER AWARDING PL AGAINST DF $2,280.41 PLUS INTEREST; PAYMENT PLAN | | | | |
| 08/14/2006 | CRT: COMPLAINT DISPOSED | | | | |
| 08/14/2006 | RPN: REOPEN/MISCELLANEOUS/OTHER | | | | |
| | IN HOUSE RE-OPEN | | | | |
| 07/25/2006 | CERTIFICATE/ PROOF OF MAILING | | | | |
| | FILING CERTIFICATE OF MAILING OF GARNISHMENT DOCUMENTS TO DF ON 07-19-06 (PL) | | | | |
| 07/17/2006 | WRIT OF GARNISHMENT | | | | |
| | FILING COPY OF WRIT OF GARNISHMENT TO CITY OF ALBUQUERQUE ORIGINAL ISSUED ON 7-17-06 (CLERK) | | | | |
| 07/17/2006 | APPLICATION WRIT GARNISHMENT | | | | |
| | FILING APPLICATION FOR WRIT OF GARNISHMENT (PL) | | | | |
| 07/17/2006 | ATTORNEY'S AFFIDAVIT | | | | |
| | FILING ATTORNEY'S AFFIRMATION [OF NON-PAYMENT] (PL ATT) | | | | |
| 07/05/2006 | PARTIAL SATISFACTION OF JUDGMENT | | | | |
| | FILING PARTIAL SATISFACTION OF JUDGMENT (PL) | | | | |
| 02/10/2006 | CLS: STIPULATED JUDGMENT | | | | |
| | FILING STIPULATED JUDGMENT AWARDING PL JUDGMENT AGAINST DF IN THE AMOUNT OF $2,925.23; ESTABLISHING PAYMENT PLAN | | | | |
| 02/10/2006 | CRT: COMPLAINT DISPOSED | | | | |
| 01/03/2006 | SUMMONS RETURN | | | | |
| | FILING SUMMONS RETURNED SERVED DF ON 12/29/05 <NO FEE POSTED> (PL) | | | | |
| 12/12/2005 | ARB: CERT IS SUBJECT | | | | |

Case 1:20-cv-00649  Document 1-9  Filed 07/02/20  Page 3 of 3

| | FILING COURT-ANNEXED ARBITRATION CERTIFICATION (PE) | | | | | |
|---|---|---|---|---|---|---|
| 12/12/2005 | SUMMONS ISSUED | | | | | |
| 12/12/2005 | OPN: COMPLAINT | | | | | |
| | FILING COMPLAINT ON A CONTRACT AND FOR DEBT AND MONEY DUE | | | | | |

| JUDGE ASSIGNMENT HISTORY | | | |
|---|---|---|---|
| **ASSIGNMENT DATE** | **JUDGE NAME** | **SEQUENCE #** | **ASSIGNMENT EVENT DESCRIPTION** |
| 12/12/2005 | Baca, Theodore C. | 1 | INITIAL ASSIGNMENT |

[Return]  [Print]

©2007 New Mexico Courts

| 3592 | | |
|---|---|---|

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area: | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| SMALL BUSINESS/SELF EMPLOYED AREA #6<br>Lien Unit Phone: (800) 913-6050 | 178826615 | TAOS COUNTY<br>000406609<br>ANNA MARTINEZ, CLERK |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Book  091   Page   150
      1  of   1
10/07/2015 10:23:43 AM
BY  DOLORES

Name of Taxpayer MARY MURPHEY

Residence        PO BOX 504
                 RNCH DE TAOS, NM 87557-0504

COUNTY CLERK AND RECORDER
RECORDER
SEAL
COUNTY OF TAOS

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2008 | XXX-XX- | 12/23/2013 | 01/22/2024 | 59689.21 |
| 1040 | 12/31/2012 | XXX-XX- | 02/10/2014 | 03/11/2024 | 252.14 |

| Place of Filing | COUNTY CLERK<br>TAOS COUNTY<br>TAOS, NM 87571 | Total | $ | 59941.35 |
|---|---|---|---|---|

This notice was prepared and signed at _____ SEATTLE, WA _____, on this,

the ___ 28th ___ day of ___ September ___, 2015

| Signature | Title |
|---|---|
| *Cheryl Cordera*<br>for EMMA L VALANDRA KUNTZ | REVENUE OFFICER    26-10-3241<br>(505) 424-5976 |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c)<br>(Rev. February 2004) | 3592 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | |
|---|---|---|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #6<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>954179213 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

TAOS COUNTY
ANNA MARTINEZ, CLERK
000389701
Book 822 Page 955
1 of 1
08/19/2013 09:27:44 AM
BY DENNO

Name of Taxpayer  MARY MURPHEY

Residence       PO BOX 504
                RNCH DE TAOS, NM 87557-0504

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a)

COUNTY CLERK AND RECORDER
B. RECORDER
SEAL
COUNTY OF TAOS

| Kind of Tax<br>(a) | Tax Period Ending<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2007 | XXX-XX | 12/31/2012 | 01/30/2023 | 735266.87 |
| 1040 | 12/31/2011 | XXX-XX | 06/04/2012 | 07/04/2022 | 698.94 |

| Place of Filing | COUNTY CLERK<br>TAOS COUNTY<br>TAOS, NM 87571 | Total | $ | 735965.81 |
|---|---|---|---|---|

This notice was prepared and signed at _____ SEATTLE, WA _____ , on this,

the ___07th___ day of ___August___ , ___2013___ .

Signature _____        Title
for EMMA L VALANDRA KUNTZ                REVENUE OFFICER        26-10-3241
                                         (505) 424-5976

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev 2-2004)
CAT NO 60025X